IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL DURBOIS, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:19-CV-1056-A |
| | § |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF AAMES MORTGAGE INVESTMENT TRUST 2005-4 MORTGAGE BACK NOTES, | § |
| | § |
| Defendant. | § |

### FINAL JUDGMENT OF REMAND

Consistent with the mandate of the United States Court of Appeals for the Fifth Circuit,

The court ORDERS, ADJUDGES, and DECREES that this action be, and is hereby, remanded to the 352nd Judicial District Court of Tarrant County, Texas, from which it was removed.

SIGNED July 8, 2022.

_____
JOHN McBRYDE
Senior United States District Judge